JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUY TRONG TRAN, | ) Case No. SACV 21-0884-VBF (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| KEN CLARK, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: August 8, 2022        /s/ Valerie Baker Fairbank
                                            VALERIE BAKER FAIRBANK
                                            SENIOR U.S. DISTRICT JUDGE